**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| | |
|---|---|
| **MEMO ENDORSED** | *The Silvio J. Mollo Building*<br>*One Saint Andrew's Plaza*<br>*New York, New York 10007* |

May 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/6/2020

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Vasquez*, 15 Cr. 624 (VEC)—VOSR Scheduling**

Dear Judge Caproni:

  A court conference is currently scheduled in the above-captioned VOSR proceeding for May 13 at 2:30 pm.  In light of the current public health situation, the Government requests that the conference be adjourned for 60 days.

  The defendant is currently serving a 15-year sentence of imprisonment in the New York state prison system.  His defense attorney consents to the adjournment.

Application GRANTED.  The conference is adjourned to **July 22, 2020, at 2:30 p.m.**

SO ORDERED.

*Valerie Caproni* 5/6/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: */s/ Kevin Mead*
 Kevin Mead
 Assistant United States Attorney
 (212) 637-2211

CC: Sarah Kunstler, Counsel for Juan Vasquez (by ECF)