

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2020

**MEMO ENDORSED**

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   7/16/2020
```

**Re: *United States v. Vazquez*, 15 Cr. 624 (VEC)—Request that Conference be Remote**

Dear Judge Caproni:

    A court conference is currently scheduled in the above-captioned VOSR proceeding for July 22 at 2:30 pm. The parties jointly request that the conference be held remotely rather than in-person.

    The Court previously excused the defendant's presence at this conference altogether because the defendant is currently serving a 15-year sentence of imprisonment in the New York state prison system. Dkt. 58. In addition, defense counsel has informed me that she resides with individuals who are at particularly high risk from the coronavirus. In light of those two circumstances, the parties would prefer to conduct the July 22 conference remotely.

Application GRANTED. The conference is adjourned to **July 22, 2020, at 3:30 p.m.** via teleconference.

Dial-in: (888) 363-4749
Access code: 3121171#
Security code: 0624#

SO ORDERED.

*[signature]*
7/16/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC:    Sarah Kunstler, Counsel for Juan Vazquez (by ECF)