```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                   :
                                            :     15-CR-624 (VEC)
          -against-                         :
                                            :     ORDER
JUAN VAZQUEZ,                               :
                         Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a teleconference on July 22, 2020;

IT IS HEREBY ORDERED that the Government's VOSR submissions are due no later than **September 1, 2020**.  Defendant's response is due no later than **October 1, 2020**.  The Government's reply, if any, is due no later than **October 23, 2020**.

**SO ORDERED.**

Date:  July 23, 2020
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**